IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION

CASE NO.: 22-CV-23657-PCH

WINDY LUCIUS,

    Plaintiff,

v.

MERCI MERCI ME, LLC., d/b/a Le Zoo

    Defendant.
_____/

## NOTICE OF SETTLEMENT

COMES NOW, Plaintiff, WINDY LUCIUS, by and through the undersigned counsel, hereby notifies the Court that the Parties have reached an agreement in principle that resolves all claims that were or could have been brought in this action and are in the process of working on the Settlement Agreement. The Parties request that the Court stay all matters and pending deadlines in this action and grant the Parties sixty (60) days to finalize their written Settlement Agreement and to submit the appropriate notices and/or stipulations to the Court regarding dismissal of the Action.

    Respectfully submitted on this December 13, 2022.

    By: */s/ J. Courtney Cunningham*
    J. Courtney Cunningham, Esq.
    FBN: 628166
    J. COURTNEY CUNNINGHAM, PLLC
    8950 SW 74th Court, Suite 2201
    Miami, Florida 33156
    T:  305-351-2014
    cc@cunninghampllc.com
    legal@cunninghampllc.com

    *Counsel for Plaintiff*

Lucius v. Merci Merci Me, et al<br>
Case No. 22-cv-23657-PCH

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 13, 2022, an electronic copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to all parties and Counsel of record.

By: <u>/s/ J. Courtney Cunningham</u><br>
J. Courtney Cunningham, Esq.<br>
FBN: 628166<br>
J. COURTNEY CUNNINGHAM, PLLC<br>
8950 SW 74th Court, Suite 2201<br>
Miami, Florida 33156<br>
T:  305-351-2014<br>
cc@cunninghampllc.com<br>
legal@cunninghampllc.com

*Counsel for Plaintiff*
